**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

    Plaintiff,
 vs.           **Case No. 10-40094-01/02-RDR**
CALMETRIUS TIRENE ANDREWS
and DEMARSHA ITRELL ANDREWS,

    Defendants.

**O R D E R**

  This case is before the court upon defendant Calmetrius Andrews' unopposed motion for an extension of time to file motions. This order shall also change the response date and the hearing date for pretrial motions filed by both defendants in this case.

  Upon review, the court finds that defense counsel requires additional time to review discovery in order to determine whether to file pretrial motions and how to effectively represent her client. The court further finds that the limited extension of time requested by defense counsel is in the interests of justice and outweighs the interests of the defendants and the public in a speedy trial. Accordingly, the extension of time granted by this motion shall be considered excludable time for the purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

  Defendant Calmetrius Andrews shall be granted time until November 30, 2010 to file pretrial motions in this matter. The government shall be granted time until December 9, 2010 to respond

to the pretrial motions filed by either defendant in this case. The hearing date upon any pretrial motions filed in this matter shall be continued to December 20, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated this 18th day of November, 2010 at Topeka, Kansas.

                                            s/Richard D. Rogers
                                            United States District Judge