**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

    Plaintiff,
vs.           **Case No. 10-40094-01-RDR**

CALMETRIUS TIRENE ANDREWS,

    Defendant.

## O R D E R

In light of the court's order (Doc. No. 23) extending time for both defendants to file pretrial motions, defendant Calmetrius Andrews' motion for an extension of time to file motions (Doc. No. 24) shall be considered moot.

**IT IS SO ORDERED.**

Dated this 3rd day of December, 2010 at Topeka, Kansas.

        s/Richard D. Rogers
        United States District Judge