IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                              Plaintiff,

vs                                           No. 10-40094

CALMETRIUS ANDREWS,

                              Defendant.

## **O R D E R**

NOW on this 12th day of January, 2011 comes on for hearing the motion of the defendant for an order continuing the sentencing scheduled in the above matter.

For good cause shown IT IS ORDERED that the hearing is now scheduled for the 25th day of March, 2011 at 11:00 a.m.

                                                          s/Richard D. Rogers
                                                          United States District Judge